159 So. 916

**Brady HODGE v. STATE.**

8 Div. 110.

Court of Appeals of Alabama.
Feb. 26, 1935.

SAMFORD, Judge.
Affirmed.

157 So. 919

**T. R., alias Bob, HODGES v. STATE.**

1 Div. 165.

Court of Appeals of Alabama.
Nov. 20, 1934.

SAMFORD, Judge.
Affirmed.

157 So. 920

**William H. HOLCOMBE, Jr., v. James S.
NELSON.**

1 Div. 187.

Court of Appeals of Alabama.
Nov. 20, 1934.

BRICKEN, Presiding Judge.
Affirmed.

152 So. 922

**Sarah HOLLINS v. CITY OF HUNTSVILLE.**

8 Div. 870.

Court of Appeals of Alabama.
Jan. 18, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.

160 So. 920

**Booze HOLLIS v. STATE.**

6 Div. 723.

Court of Appeals of Alabama.
March 19, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

152 So. 922

**Murphy HONEA, alias Honey, v. STATE.**

8 Div. 823.

Court of Appeals of Alabama.
Jan. 30, 1934.

RICE, Judge.
Appeal dismissed.

159 So. 917

**John HONEY v. STATE.**

8 Div. 990.

Court of Appeals of Alabama.
Feb. 26, 1935.

BRICKEN, Presiding Judge.
Affirmed.

153 So. 922

**Lillian HOPKINS v. STATE.**

8 Div. 910.

Court of Appeals of Alabama.
March 6, 1934.

BRICKEN, Presiding Judge.
Affirmed.